<u>NOT FOR PUBLICATION</u>                                                        (Docket No. 1)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

_____

|   |   |   |
|---|---|---|
| | : | |
| VINCENT BOCCHICCHIO, | : | |
| | : | |
| Plaintiff, | : | Civil No. 10-472 (RBK/AMD) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| AUDUBON POLICE DEPT., et al, | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____

**THIS MATTER** having come before the Court on the Court's own motion; and for the reasons expressed in the Opinion issued this date; and

**THE COURT FINDING** that Plaintiff Vincent Bocchicchio's ("Plaintiff") Complaint fails to comply with the pleading requirements of the Federal Rules of Civil Procedure; and

**THE COURT FINDING FURTHER** that Plaintiff's Application to Proceed In Forma Pauperis is incomplete;

**IT IS HEREBY ORDERED** that Plaintiff file an Amended Complaint which conforms to the pleading requirements set forth in the Federal Rules of Civil Procedure on or before **April 2, 2010**; and

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis is **DENIED**, without prejudice; and

   **IT IS FURTHER ORDERED** that the Clerk of the Court shall supply to Plaintiff a

blank form Application to Proceed In Forma Pauperis.

Dated:   3-22-2010                              /s/ Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge